Robin E. Perkins, Esq. (NV Bar No. 9891)
Erica J. Stutman, Esq. (NV Bar No. 10794)
Holly E. Cheong, Esq. (NV Bar No. 11936)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
   estutman@swlaw.com
   hcheong@swlaw.com

*Attorneys for Plaintiff HSBC Bank USA, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR5, a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01479-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HSBC Bank, USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates, Series 2005-AR5 ("Plaintiff"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Southern Highlands Community Association (the "HOA") by and through their respective undersigned counsel of record that this entire action will be dismissed with prejudice, including all claims between Plaintiff, SFR, and the HOA.

4824-1984-2699.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Each party shall bear their own attorney's fees and costs.

| DATED this 20th day of March, 2019 | DATED this 20th day of March, 2019 |
|---|---|
| By: */s/ Holly E. Cheong* | By: */s/ Diana S. Ebron* |
| Erica J. Stutman, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 10794 | Nevada Bar No. 10580 |
| Holly E. Cheong, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 11936 | Nevada Bar No. 10593 |
| Snell & Wilmer, L.L.P. | Karen L. Hanks, Esq. |
| 3883 Howard Hughes Parkway, Suite 1100 | Nevada Bar No. 9578 |
| Las Vegas, NV 89169 | Kim Gilbert Ebron |
| Telephone: (702) 784-5200 | 7625 Dean Martin Drive, Suite 110 |
| Facsimile: (702) 784-5252 | Las Vegas, NV 89139 |
| estutman@swlaw.com | Telephone: (702) 485-3300 |
| hcheong@swlaw.com | Facsimile: (702) 485-3301 |
| *Attorneys for Plaintiff HSBC Bank, USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates, Series 2005-AR5* | diana@kgelegal.com jackie@kgelegal.com karen@kgelegal.com *Attorneys for Defendant SFR Investments Pool 1, LLC* |

DATED this 20th day of March, 2019

By: */s/ Alexander P. Williams*
    Kurt R. Bonds, Esq.
    Nevada Bar No. 6228
    Alexander P. Williams, Esq.
    Nevada Bar No. 14644
    Alverson Taylor & Sanders
    6605 Grand Montecito Parkway, Suite 200
    Las Vegas, NV 89149
    Telephone: (702) 384-7000
    Facsimile: (702) 385-7000
    kbonds@alversontaylor.com
    awilliams@alversontaylor.com
    *Attorneys for Defendant Southern Highlands Community Association*

## **ORDER**

The Court, having reviewed the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned and numbered matter is dismissed with prejudice. All parties to bear their own attorneys' fees and costs.

Dated: March 20, 2019.

_____
U.S. DISTRICT COURT JUDGE